| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Taiming Zhang | 3:23-cv-00980-JSC |
| DEFENDANT | TYPE OF PROCESS |
| Twitter Inc. | Summons Complaint Orders |

**FILED**
MAR 22 2023
CLERK, U.S. ...
NORTHERN DISTRICT...

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Twitter Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1355 Market Street, Suite 900, San Francisco, CA 94103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Taiming Zhang
801, No. 21 Taishan Lane
Zhongshan District, Suite 801
Dalian, CHINA

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Agent for Service of Process California Registered Corporate Agent (1505)
C T Corporation System
330 North Brand Blvd., Suite 700
Glendale, California 91203

2023 MAR 22 AM 10:19
RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 3/14/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 11 | 11 | | 3/22/23 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|

Costs shown on attached USMS Cost Sheet >>

REMARKS

✱ ACKNOWLEDGMENT OF RECEIPT ✱

Form USM-285
Rev. 03/21