UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAIMING ZHANG,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant-Appellee. | No. 23-15868<br><br>D.C. No. 3:23-cv-00980-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**