UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAIMING ZHANG,

    Plaintiff,

v.

TWITTER INC.,

    Defendant.

Case No. 23-cv-00980-JSC

**JUDGMENT**

The Court having granted Defendant's motion to dismiss with prejudice by Order filed August 23, 2023, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 23, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge