

FILED

OCT 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TAIMING ZHANG,

    Plaintiff-Appellant,

v.

TWITTER, INC.,

    Defendant-Appellee.

No. 23-15868

D.C. No. 3:23-cv-00980-JSC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

The motion for reconsideration en banc (Docket Entry No. 6) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

The appeal from the final judgment entered in the district court on August 23, 2023 is proceeding in this court as appeal No. 23-16125.

No further filings will be entertained in this closed case.

OSA124